**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:16–bk–04937–KSJ
Chapter 13

Ronald Malcom Cray
aka Ron Cray
4575 Kissimmee Park Road
Saint Cloud, FL 34772

_____Debtor(s)_____/

NOTICE OF DEFICIENT FILING

　THIS IS NOTICE that the pleading titled Corrected Motion to Modify Confirmed Plan (Document No. 61 ) filed by Ronald Malcom Cray on September 14, 2017 , is deficient for the following reason(s):

　　You stated in your Certificate of Service there was an attached matrix but there was no matrix attached.

　　No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 1001–1.

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

　　DATED on September 15, 2017 .

　　　　　　　　FOR THE COURT
　　　　　　　　Sheryl L. Loesch, Clerk of Court
　　　　　　　　George C. Young Federal Courthouse
　　　　　　　　400 West Washington Street
　　　　　　　　Suite 5100
　　　　　　　　Orlando, FL 32801